1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLETE REO HART,

11            Plaintiff,                          No. CIV S-06-0470 LKK KJM P

12        vs.

13   CMF CANTEEN, et al.,                         ORDER AND

14            Defendants.                         FINDINGS AND RECOMMENDATIONS

15   _____/

16            Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20            The in forma pauperis statute permits federal district courts to

21                    authorize the commencement, prosecution or
                       defense of any suit, action or proceeding, civil or
22                    criminal . . . without prepayment of fees or security
                       therefor, by a person who submits an affidavit that
23                    includes a statement of all assets such prisoner
                       possesses that the person is unable to pay such fees
24                    or give security therefor. Such affidavit shall state
                       the nature of the action . . . and affiant's belief that
25                    the person is entitled to redress.

26   28 U.S.C. § 1915(a)(1).  A court may deny leave to proceed in forma pauperis if it appears from

the face of the proposed complaint that the action is frivolous.  <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."  <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989).  Such allegations include those "describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar."  <u>Neitzke</u>, 490 U.S. at 328; <u>see also Denton v. Hernandez</u>, 504 U.S. 25, 33 (1992) (finding of frivolousness appropriate when allegations are irrational or wholly incredible).

Plaintiff alleges that he is offered drugs by inmates and guards every time he visits the canteen.  He names various canteen supervisors as defendants and asks that the court order all the proceeds from illegal drug dealing be placed in his trust account.

The court finds these allegations frivolous.

IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis is denied.

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

2
hart0470.56

2